UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE PERNAS,

        Plaintiff,

   -against-

153 ELIZABETH HOTEL LLC d/b/a THE NOLITAN
HOTEL and BOGDAN DOCU

        Defendants.
------------------------------------------------------------------X

Index No. 1:18-cv-5375

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE THAT John E. Mancebo of Tressler, LLP appears as counsel for Defendants 153 Elizabeth Hotel LLC d/b/a The Nolitan Hotel and Bogdan Docu, in this action and that I am admitted or otherwise authorized to practice in this court.

Dated: August 1, 2018
       New York, New York

               Respectfully submitted,

               TRESSLER, LLP

               By: _____
                    John E. Mancebo, Esq.
                    Attorneys for Defendants
                    153 Elizabeth Hotel LLC d/b/a The
                    Nolitan Hotel and Bogdan Docu
                    1 Penn Plaza, Suite 4701
                    New York, New York 10119
                    Tel: (646) 833-0900

TO:   THE LAW OFFICE OF CHRISTOPHER Q. DAVIS
       Christopher Q. Davis, Esq.
       Rachel M. Haskel, Esq.
       Attorneys for Plaintiff
       225 Broadway, Suite 1803
       New York, New York 10007
       Telephone: 646-430-7930